# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ABDIKIDAR AHMED,                          No. 2:13-cv-1050 MCE DAD P

        Plaintiff,

    v.

S. RINGLER, et al.,
                                          **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.          **AD TESTIFICANDUM**

_____/

Abdikidar Ahmed, CDCR # V-12852, a necessary and material witness in a settlement conference in this case on June 2, 2015, is confined in California Health Care Facility (CHCF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Tuesday, June 2, 2015 at 9:00 a.m.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CHCF, P. O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 15, 2015

/ahme1050.841

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE