UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDIKIDAR AHMED,<br><br>        Plaintiff,<br><br>   v.<br><br>S. RINGLER, et al.,<br><br>        Defendants. | No. 2:13-cv-1050 MCE DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.

This matter is set for a settlement conference before Magistrate Judge Allison Claire on Tuesday, June 2, 2015. Plaintiff has filed a request for a thirty-day extension of time to file his confidential settlement conference statement, together with a request to continue the settlement conference. The court will deny plaintiff's requests as unnecessary. Plaintiff will have a full opportunity to discuss his claims and his position with respect to settlement at the settlement conference. In addition, if plaintiff needs clarification regarding any procedural or substantive matters at that time, the court will provide him such clarification where appropriate.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time
2 to file his confidential settlement conference statement and request for a continuance (Doc. No.
3 34) are denied.
4 Dated: May 29, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ahme1050.36d