UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDIKIDAR AHMED,

    Plaintiff,

  v.

S. RINGLER,

    Defendant.

No. 2:13-cv-1050 MCE DB P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendant Ringler conducted unnecessary searches of plaintiff's cell on November 21, 2012 and May 7, 2013 in retaliation for plaintiff's submission of grievances regarding Ringler's July 2, 2012 search of his cell. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 57.) Plaintiff filed objections to the findings and recommendations. (ECF No. 58.) Defendant Ringler filed a response to the objections. (ECF No. 59.)

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on January 4, 2017 (ECF No. 57) are ADOPTED in full;

2. Plaintiff's motion to stay (ECF No. 55) is DENIED;

3. Plaintiff's motion to supplement the complaint (ECF No. 40) is DENIED;

4. Defendant's motion to modify the scheduling order (ECF No. 47) is GRANTED; and

5. The parties are permitted thirty days from the date of this order to file any pretrial motions.

IT IS SO ORDERED.

Dated:  March 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2